320

No. 22689.

WILLIAM N. NUZUM, JR. *v.* RUTH J. NUZUM.
(477 P.2d 792)

Decided December 21, 1970.

ROBERT DUNLAP, MOYERS & DUNLAP, for plaintiff in error.

DAVID MORRIS, MURPHY, MORRIS and HODSON, for defendant in error.

*En Banc.*

PER CURIAM.

MR. CHIEF JUSTICE PRINGLE, MR. JUSTICE DAY and MR. JUSTICE GROVES are of the opinion that the judgment should be affirmed.

MR. JUSTICE HODGES, MR. JUSTICE KELLEY and MR. JUSTICE LEE are of the opinion that the judgment should be reversed.

The court being equally divided, the judgment of the trial court is affirmed by operation of law.